2017 ND 281

**IN the INTEREST OF M.R., a child**

**Jaimee Towers, Assistant State's Attorney for Ward County, Petitioner and Appellee**

v.

**M.R., a child; C.R., mother, Dena Penton, Guardian Ad Litem, and Christopher Jones, Executive Director of the**

ND Department of Human Services, Respondents

and

**T.W.R., father, Respondent and Appellant**

**In the Interest of P.R., a child**

**Jaimee Towers, Assistant State's Attorney for Ward County, Petitioner and Appellee**

v.

**P.R., a child; C.R., mother, Dena Penton, Guardian Ad Litem, and Christopher Jones, Executive Director of the ND Department of Human Services, Respondents**

and

**T.W.R., father, Respondent and Appellant**

**In the Interest of T.R., a child**

**Jaimee Towers, Assistant State's Attorney for Ward County, Petitioner and Appellee**

v.

**T.R., a child; C.R., mother, Dena Penton, Guardian Ad Litem, and Christopher Jones, Executive Director of the ND Department of Human Services, Respondents**

and

**T.W.R., father, Respondent and Appellant**

No. 20170363, No. 20170364, No. 20170365

Supreme Court of North Dakota.

Filed 12/7/2017

Kyle R. Craig, Minot, ND, for respondent and appellant; submitted on brief.

Jaimee F. Towers, Ward County Assistant State's Attorney, Minot, ND, for petitioner and appellee; submitted on brief.

Per Curiam.

[¶ 1] The father, T.R., appeals from a juvenile court order terminating his parental rights. The juvenile court found the children were deprived and in foster care for at least 450 out of the previous 660 nights. N.D.C.C. § 27–20–44(1)(c)(2); *Interest of A.L.*, 2011 ND 189, ¶¶ 10–11, 803 N.W.2d 597 (concluding the district court did not clearly err in terminating parental rights when evidence supported the conclusion the child was deprived and in the custody of social services for 450 of the previous 660 nights). T.R. argues the juvenile court did not adequately explain its findings and did not have an evidentiary basis for finding the children deprived. We summarily affirm under N.D.R.App.P. 35.1(a)(2) and (7).

[¶ 2] Gerald W. VandeWalle, C.J.

Jon J. Jensen

Jerod E. Tufte

Daniel J. Crothers

Lisa Fair McEvers